UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karmel Village, LLC, a Minnesota limited liability Company | Civil File No. 08-CV-3205 (PAM/SRN) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| City of Minneapolis. a municipal corporation | |
| Defendant. | |

_____

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that this action, including all claims and causes of action, is dismissed with prejudice in its entirety. Each party shall bear its own costs and expenses.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June   22  , 2009.           BY THE COURT:


                                    s/Paul A. Magnuson
                                    Paul A. Magnuson, Judge
                                    United States District Court